No. 75–449. Cook & Co., Inc. *v.* Pierce et al. C. A. 10th Cir. Certiorari denied. Mr. Justice Powell took no part in the consideration or decision of this petition.

No. 75–493. Illinois *v.* Lang. App. Ct. Ill., 1st Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.